UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: **CAMILLE ASIA SHAKIR**

Case Number: 16-54694 PJS
Chapter 13
Judge SHEFFERLY

Debtor.

_____

ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
(248) 443-7033
_____/

### ORDER EXCUSING ENTRY OF THIRD PARTY PAYMENT ORDER AND ORDER TO DEBTOR TO REMIT PAYMENTS TO CHAPTER 13 TRUSTEE BY ELECTRONIC TRANSFER OF FUNDS

The above named Debtor(s) having filed a petition for relief under Chapter 13 of the Bankruptcy Code, and having sought to excuse entry of a third-party payment order as required by E.D. Mich. LBR 1007-1(c)(1)(A) and requesting to remit payments to the Chapter 13 Trustee by electronic transfer of funds pursuant to E.D. Mich. LBR 1007-1(c)(1)(B) from the debtor's(s') bank account for the following reasons: Self-employed. Income for business; family contributions; rental & annuity. Sources of income disclosed are the sole and/or only source(s) of Debtor(s) income at this time. No source of household income can effectively be made subject to assignment;

and further seeking entry of this Order without notice inasmuch as the third-party payment order may be entered without notice, and the consent of the Trustee having been obtained, and the Court being otherwise sufficiently advised in the premises;

IT IS HEREBY ORDERED that entry of a third-party payment order pursuant to LBR 1007-1(c)(1)(A) is excused pursuant to LBR 9029-1(e)in the above-captioned matter, or in the event a previous third-party payment order was entered, said Order is voided and held for naught until further Order of the Court;

IT IS FURTHER ORDERED that within 10 days of the entry of this Order, the Debtor(s) shall complete and forward the approved **Authorization Agreement for Preauthorized Payments (ACH)\*\*** authorizing the Chapter 13 Trustee, Krispen S. Carroll, Chapter 13 Trustee, or his/her successor, to initiate debit and/or credit entries to the bank account listed in the agreement in the amount of **$195.00 per Monthly** until further order of the Court;

IT IS FURTHER ORDERED that these payments shall commence as of **November 26, 2016**, as required by 11 USC 1326(a)(1). Any attempt to terminate the ACH or challenger a withdrawal made pursuant to the ACH shall be made only after obtaining permission of the Bankruptcy Court. Failure to seek prior authorization to terminate the agreement or challenge a withdrawal under the agreement may constitute cause for dismissal pursuant to 11 USC § 1307 and may result in further sanctions, as determined by the court.

IT IS FURTHER ORDERED that Counsel for Debtor(s) shall serve a copy of the Order upon the Trustee and the Debtor(s).

.

**Signed on November 17, 2016**

                                            **/s/ Phillip J. Shefferly**
                                            **Phillip J. Shefferly**
                                            **United States Bankruptcy Judge**

\*\*Approved form **Authorization Agreement for Preauthorized Payments (ACH)** is required and is available from the website of the assigned Chapter 13 Trustee.